# United States District Court

SOUTHERN DISTRICT OF NEW YORK

The Annuity, Welfare and Apprenticeship Skill
Improvement & Safety Funds of the International
Union of Operating Engineers Local 15, 15A, 15C
& 15D, AFL-CIO et al.

**SUMMONS IN A CIVIL CASE**

V.

Bedroc Contracting, LLC

CASE NUMBER:

'07 CIV 10695

JUDGE SWAIN

TO: (Name and address of defendant)

Bedroc Contracting, LLC
340 Orient Way
Lyndhurst, New Jersey 07071

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

BRADY McGUIRE & STEINBERG, P.C.
603 WARBURTON AVENUE
HASTINGS-ON-HUDSON, NEW YORK 10706

an answer to the complaint which is herewith served upon you, within ____Twenty (20)____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. Michael McMahon

CLERK

(BY) DEPUTY CLERK

DATE: NOV 30 2007

STATE OF NEW YORK
COURT: UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
INDEX NO: 07CIV 10695
DateFiled: 11/30/2007

Plaintiff(s)/Petitioner(s): THE ANNUITY, WELFARE AND APPRENTICESHIP SKILL IMPROVEMENT & SAFETY FUNDS OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 15, 15A, 15C & 15D, AFL-CIO ET AL

– Vs.

Defendant(s)/Respondent(s): BEDROC CONTRACTING, LLC

STATE OF NEW JERSEY
COUNTY OF: BERGEN                SS.

The undersigned deponent, being duly sworn deposes and say that said deponent is not a party to this action, is over 18 years of age and resides in the State of NEW JERSEY. Deponent served the within process as follows:

Process Served: SUMMONS AND COMPLAINT
Party Served: BEDROC CONTRACTING, LLC
At Location: 340 ORIENT WAY
LYNDHURST, NJ 07071

Date of Service: December 10, 2007    Time of service: 12:17 pm

✓ Check boxes that apply to this service:

☐ #1. INDIVIDUAL — By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

☒ #2. CORPORATION — By delivering to and leaving with **Michael Nasert** and that deponent knew the person so served to be the **Chief Executive Officer** of the corporation and authorized to accept service.

☐ #3. SUITABLE AGE PERSON — By delivering to and leaving with _____ a person of suitable age and discretion. Said premises is recipient's [ ] actual place of business [ ] dwelling house (usual place of abode) within the state.

☐ #4. AFFIXING TO DOOR — By affixing a true copy of each to the door of said premises, which is recipient's [ ] actual place of business [ ] dwelling house (usual place of abode) within the state.

☐ #5. MAILING COPY — On _____, deponent completed service under the last two sections by depositing a copy of the _____ to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of _____. Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat

on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____

☐ #6. NON-SERVICE — After due search, careful inquiry and diligent attempts, I have been unable to effect process upon the person/entity being served because of the following: [ ] Unknown Address [ ] Evading [ ] Moved left no forwarding [ ] Address does not exist [ ] Other _____

☒ #7. DESCRIPTION — A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
Sex: M   Color of Skin: White   Color of Hair: bald   Age: 50   Height: 5'7"
Weight: 180   Other Features: _____

☐ #8. WITNESS FEES — $_____ the authorizing traveling expenses and one day's witness fee was paid (tendered) to the recipient.

☐ #9. MILITARY SERVICE — Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed _____ was not.

Sworn to before me on 12/12/07

_Donna Jean Arciuolo_    _James Reap_

DONNA JEAN ARCIUOLO
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires 1/07/12