UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
THE ANNUITY, WELFARE, APPRENTICESHIP SKILL
IMPROVEMENT & SAFETY FUNDS of the
INTERNATIONAL UNION OF OPERATING ENGINEERS,
LOCAL 15, 15A, 15C and 15D, AFL-CIO, by its TRUSTEES
JAMES T. CALLAHAN, FRANCIS P. DIMENNA, ROBERT
SHAW and RUSSELL SHAW, and JOHN and JANE DOE,
as Beneficiaries of the ANNUITY, WELFARE and
APPRENTICESHIP SKILL IMPROVEMENT & SAFETY      07-CIV-10695 (LTS)(RLE)
FUNDS of the INTERNATIONAL UNION OF OPERATING
ENGINEERS, LOCAL 15, 15A, 15C and 15D, AFL-CIO,

                        Plaintiffs,

            -against-

BEDROC CONTRACTING, LLC,

                        Defendant.
-------------------------------------------------------------------X

## CERTIFICATE OF SERVICE

I, James M. Steinberg, hereby certify under penalty of perjury that on December 17, 2007, I served *via* regular U.S. Mail the individual whose address appears below, with a copy of The Honorable Laura Taylor Swain's Initial Conference Order dated December 11, 2007:

Mr. Michael Nasert
Bedroc Contracting, LLC
340 Orient Way
Lyndhurst, New Jersey 07071

James M. Steinberg, Esq. (JS-3515)