UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

| | |
|---|---|
| THE ANNUITY, WELFARE, APPRENTICESHIP SKILL IMPROVEMENT & SAFETY FUNDS of the INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 15, 15A, 15C and 15D, AFL-CIO by its TRUSTEES JAMES T. CALLAHAN, FRANCIS P. DIMENNA, ROBERT SHAW and RUSSELL SHAW, and JOHN and JANE DOE, as Beneficiaries of the ANNUITY, WELFARE, APPRENTICESHIP SKILL IMPROVEMENT & SAFETY FUNDS of the INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 15, 15A, 15C and 15D, AFL-CIO, | **REQUEST TO CLERK**<br>**FOR ENTRY OF DEFAULT**<br><br>07-CIV-10695 (LTS) (RLE) |

Plaintiffs,

-against-

BEDROC CONTRACTING, LLC,

Defendant.
------------------------------------------------------------------X

TO:   J. MICHAEL McMAHON, Clerk of the United States District Court for the Southern District of New York

Please enter the default of Defendant BEDROC CONTRACTING, LLC pursuant to Rule 55(a) of the Federal Rules of Civil Procedure for its failure to plead or otherwise defend the above-entitled action as fully appears from the court file herein and from the attached Affidavit of James M. Steinberg, sworn to on January 29, 2008.

Dated: Hastings-on-Hudson, New York
January 29, 2008

BRADY McGUIRE & STEINBERG, P.C.

By: _____
James M. Steinberg (JS-3515)
Attorneys for Plaintiffs
603 Warburton Avenue
Hastings-on-Hudson, New York 10706
(914) 478-4293

TO:   BEDROC CONTRACTING, LLC
340 Orient Way
Lyndhurst, New Jersey 07071