UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

THE ANNUITY, WELFARE, APPRENTICESHIP SKILL
IMPROVEMENT & SAFETY FUNDS of the
INTERNATIONAL UNION OF OPERATING ENGINEERS,        **STATEMENT**
LOCAL 15, 15A, 15C and 15D, AFL-CIO by its TRUSTEES   **OF DAMAGES**
JAMES T. CALLAHAN, FRANCIS P. DIMENNA,
ROBERT SHAW and RUSSELL SHAW, and JOHN and         07-CIV-10695 (LTS) (RLE)
JANE DOE, as Beneficiaries of the ANNUITY, WELFARE,
APPRENTICESHIP SKILL IMPROVEMENT & SAFETY
FUNDS of the INTERNATIONAL UNION OF OPERATING
ENGINEERS, LOCAL 15, 15A, 15C and 15D, AFL-CIO,

                              Plaintiffs,

        -against-

BEDROC CONTRACTING, LLC,

                              Defendant.

-------------------------------------------------------------------X

| | |
|---|---|
| Principal Amount Sued For: | $39,332.18 |
| Interest at 7.5% (prime rate of 6.5% *plus* 1.0%, as prescribed by the Plan) from October 9, 2006 through January 29, 2008: | $3,933.21 |
| Statutory Damages: | $3,933.21 |
| Attorneys' Fees: | $1,638.75 |
| *Costs and Disbursements:* | |
| Clerk's Fee: | $350.00 |
| Process Server Fee for Service: | $95.00 |
| TOTAL: | $49,282.35 |